RECEIVED
MAR 27 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United States District Court
Western District Of Texas
Austin Division.

United States Of America,) Criminal Action.
Defendant,                ) No. A-CR-03-190-(2)
                          )
vs.                       )
                          )
Roberto López Urbina.     )
Plantiff.                 ) A23CA343 LY
                          )

Complaint Plantiff Alleges,
Justice, true, balance.

by means of this writing document I'm presenting this complaint concise and plain by means of this one declaration official under oath.

I brought this complaint against all those persons his names appear in this written. for fraudulent making and alteration of a writing to the prejudice of another person's rights

(2)

The fraudulent alteration of evidence to create an erroneous impression of false statements make any materially false, fictitious, or fraudulent corroboration, statement or representation; defamation the offense of injuring a person's character or reputation by false and malicious statements either written or spoken; delinquency, misconduct; failure or violation of one's duty, corruption, something against or forbidden by law, any especial influence on or delinquency in the administration of a public office, fraud, bad faith, dishonesty, infidelity, unfairness any form of misrepresentation, trickery, concealment, or cunning by which a person may intend and does obtain an advantage over another, false representation a deceitful representation, know to be untrue and made with the intent to damage to cheat, felony a crime more serious in nature that misdemeanor and punishable by death or imprisonment in a penitentiary the acts by district attorney and all witness constitute depravation of the federals rights they

open the door to prosecution by falses statements written or spoken before one court of United States of america, that I called perjury falsifies, conceals, or cover up by trick, scheme, or device a material facts: make or uses any false writting or document knowing the same to material contain falses, fictitious, or fraudulent statements or entry, declaration, certificate, verification, or statements under penalty of perjury as permitted under section (1746 of title 28 U.S.C.)

28 U.S.C. 1746, plantiff declared, as true under penalty of perjury, that his allegations set forth in operative complaint were true and correct.

To be valid, 28 U.S.C. 1746, require that declaration be subscribed by the declarant as true under penalty of perjury.

In part, 18 U.S.C. 1623, which governs liability for perjury under federal law, mandates that who ever in any declaration, as true under penalty of perjury as permitted under 28 U.S.C. 1746, willfully subscribes as true any material

(4)

Matter which he does not believe to be true is guilty of perjury, the probative force of a declaration subscribed under penalty of perjury derives from signature of the declarant, without the declarant's signature, a declaration is completely robbed of any evidentiary force. I'm victim of this act ilicit crime against me by falses accusations and unjust imprisonment.

I declaret under penalty that, I'm the plantiff, I have read this declaration or had it read to me, and the information in this declaration is true and correct.

I understand that a false statement of a material fact may serve as the basis for prosecution for perjury. Declaration Under Penalty Of Perjury

Date. 22/03/2023/

ROBERTO LÓPEZ URBINA
Signature of the declarant.

(5)

Gerald Carruth. A.U.S.A.
Michelle McElroy. C.A.U.S.A.
Stephan Marshall. Special Agent, F.B.I

Aldo Carbajal Montesdeoca, Brandy Murchison, Cameron Hodgson, Brad Hickman, Marcos Hernandez, Maria G. Hernandez, Teresa Perry, Samantha Rodriguez, Nicholas Sanchez, Katharine Graves, Leonard Cipolla, Jose Garcia, Jose Rodriguez, Jose Javier "Pepe" Canales, Jose Jesus ("Chuy") Delfierro, Alexis Omarr Carranza, Joshua V. Rosa, Andrea Moore, Kristina Zuñiga, Chris Rowland, John Benavides, Michael Larner, Robert Hunter, Kyle Edwards, Robert Neuendorff, Cheryl Hubbard, Stephan Marshall, Salvador Abreo, George Salinas, Christopher Zuñiga.