# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**ROBERTO LOPEZ-URBINA,**
             **Plaintiff,**

**-vs-**                                                              **Case No. A-23-CV-343-LY**

**GERALD CARRUTH, et al.,**
             **Defendants.**

## ORDER OF DISMISSAL

On March 31, 2023, the Court notified Plaintiff his complaint was construed as a complaint filed pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971), ordered Plaintiff to file an amended complaint, and ordered Plaintiff to file an application to proceed *in forma pauperis* or pay the $402 filing fee. Plaintiff had until April 28, 2023, to comply with the Court's order. The Court warned Plaintiff his failure to comply would result in the dismissal of his case for want of prosecution and for failure to obey an order of the court. To date, Plaintiff has failed to respond to the Court's order, pay the filing fee, file an application to proceed *in forma pauperis*, or file an amended complaint.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to obey an order of the court.

**SIGNED** on May 4, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE